## Commonwealth *v.* Weir, Appellant.

Before CLARKE, J., without a jury.

Submitted November 20, 1975. *William E. Stockey,* for appellant; *Robert L. Campbell* and *Robert L. Eberhardt,* Assistant District Attorneys, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


## Commonwealth *v.* Welch, Appellant.

Before GREEVY, P. J.

Submitted September 8, 1975. *Kenneth D. Brown,* Assistant Public Defender, and *Peter T. Campana,* Public Defender, for appellant; *David C. Shipman,* Assistant District Attorney, and *Allen E. Ertel,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part thereof which has not been performed at the time the appeal was made a supersedeas.